FILED IN OPEN COURT
3·13·14

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CHARLES FRANKLIN HUDSON, JR.

CASE NO. 3:14-cr-40-J-20MCR
Cts. 1-4:       18 U.S.C. § 2251(a)
Forfeitures:   18 U.S.C. § 2253

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 17, 2011, at Jacksonville, in the Middle District of Florida,

CHARLES FRANKLIN HUDSON, JR.,

defendant herein, did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT TWO

On or about May 29, 2012, at Jacksonville, in the Middle District of Florida,

CHARLES FRANKLIN HUDSON, JR.,

defendant herein, did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT THREE

On or about June 27, 2012, at Jacksonville, in the Middle District of Florida,

CHARLES FRANKLIN HUDSON, JR.,

defendant herein, did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT FOUR

On or about June 28, 2012, at Jacksonville, in the Middle District of Florida,

CHARLES FRANKLIN HUDSON, JR.,

defendant herein, did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURES

1. The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2. The defendant, CHARLES FRANKLIN HUDSON, JR., upon conviction of a violation of Title 18, United States Code, Sections 2251, as charged in Counts One through Four, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253:

    a. any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was

        produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18;

    b.    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.    any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
D. RODNEY BROWN
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CHARLES FRANKLIN HUDSON, JR.

## INDICTMENT

Violations:

Counts 1-4    18 U.S.C. § 2251(a)

A true bill,

_____
Foreperson

Filed in open court this 13th day of March, 2014.

_____
Clerk

Bail   $_____