UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No. 3:14-cr-40-J-20MCR

CHARLES FRANKLIN HUDSON, JR.
_____/

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

The Court adopts the Report and Recommendation Concerning Plea of Guilty entered by United States Magistrate Monte C. Richardson (Doc. #29), filed July 17, 2014, to which the parties waived the fourteen (14) day objection period, and accepts the Defendant's plea of guilty to Counts Two and Four of the Indictment, and the Defendant is adjudged guilty of such offenses. In accordance with United States v. Hyde, 520 U.S. 670 (1997), the Court defers consideration of accepting the plea agreement until the Pre-Sentence Report is completed.

SENTENCING is hereby scheduled for Wednesday, October 8, 2014, at 10:30 a.m., before the Honorable Harvey E. Schlesinger, United States District Judge, in Courtroom 10C, 10th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN TEN (10) DAYS PRIOR TO THE DATE FOR SENTENCING.

DONE AND ORDERED at Jacksonville, Florida, this 22nd day of July, 2014.

_____
BRIAN J. DAVIS
United States District Judge
On Behalf of:  HARVEY E. SCHLESINGER
United States District Judge

NOTE TO COUNSEL: Counsel shall notify the Courtroom Deputy as soon as possible if they believe the sentencing hearing will be longer than 45 minutes.

Copy to:       Rodney Brown, Esq.

Roland Falcon, Esq.
U.S. Marshal
U.S. Probation