FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2015 FEB -2 P 3: 19

UNITED STATES OF AMERICA,

v.  Case No. 3:14-cr-0040-J-20MCR

CHARLES FRANKLIN HUDSON, JR.,

_____/

### ORDER

Before the Court is Defendant's "Motion for Funds for Mitigation Specialist" (Dkt. 41, filed Jan. 13, 2015). In the motion, Defendant states that he does not have the funds to hire a mitigation specialist, but that the engagement of a mitigation specialist is needed in this case to assist Defendant at his sentencing, currently scheduled for Wednesday, February 18, 2015. Upon review, however, this Court finds that nothing in the motion describes work that Defendant's counsel is not equipped to do.

Accordingly, it is hereby **ORDERED**:

1. Defendant's "Motion for Funds for Mitigation Specialist" (Dkt. 41, filed Jan. 13, 2015) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this ___2nd___ day of February, 2015.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Roland Falcon, Esq.
David Rodney Brown, AUSA

1