UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 3:14-cr-40-J-20MCR

CHARLES FRANKLIN HUDSON, JR.

**UNITED STATES' NOTICE OF INTENT TO SUBMIT VIDEOS
FOR COURT REVIEW IMMEDIATELY PRIOR TO SENTENCING HEARING**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court and defendant of the following:

On July 16, 2014, defendant pleaded guilty to Counts Two and Four of the indictment charging him with production of child pornography in violation of 18 U.S.C. § 2251(a).   The sentencing hearing is currently set for February 18, 2015 at 10:00 a.m.   The basis for Count Two is a video produced by defendant on May 29, 2012 that is 10 minute, 30 seconds in length and depicts defendant sexually abusing a minor child.   The basis for Count Four is a video produced by defendant on June 28, 2012 that is 13 minute, 52 seconds in length and depicts defendant sexually abusing a minor child.

As part of its presentation at the sentencing hearing, the United States intends to offer into evidence these two videos as Government Exhibits 1 and 2.   It is important that the Court review these videos so that it is fully informed as to the nature and circumstances of the offenses of conviction and the history and characteristics of defendant prior to determining the particular sentence to be

imposed.   *See* 18 U.S.C. § 3553(a)(1); *see also United States v. Cunningham*, 680 F.Supp.2d 844, 854 (N.D. Ohio 2010) (imploring any reviewing court to "personally examine the images at issue" in child pornography cases, district court noted that "[a]bsent examining the images, one cannot get a true sense of the depravity that they depict").   These videos are graphic and constitute contraband under federal law.   In order to streamline the sentencing hearing, avoid closing the courtroom, and limit exposure of courtroom personnel to this material, the United States proposes that these videos be made available to the Court 30 minutes prior to the sentencing hearing, and the United States will provide a law enforcement laptop computer for the Court's convenience and use.

      Should the Court wish to handle this viewing in some alternative manner, the United States will respond to the Court as ordered.

                                    Respectfully submitted,

                                    A. LEE BENTLEY, III
                                    United States Attorney

By    *s/ D. Rodney Brown*
      D. RODNEY BROWN
      Assistant United States Attorney
      Florida Bar No. 0906689
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone:    (904) 301-6300
      Facsimile:    (904) 301-6310
      E-mail:    rodney.brown@usdoj.gov

**U.S. v. CHARLES FRANKLIN HUDSON, JR.**     Case No. 3:14-cr-40-J-20MCR

### CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Roland Falcon, Esq.

*s/ D. Rodney Brown*
D. RODNEY BROWN
Assistant United States Attorney

3