UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 3:14-cr-40-J-20MCR

CHARLES FRANKLIN HUDSON, JR.
_____/

## ORDER

Upon its own motion, the Court, finding there is reason to believe that an examination of the defendant is necessary and proper in order to determine if he is mentally competent, pursuant to 18 U.S.C. §§ 4241 and 4247, **ORDERS** the following:

    1.    That Dr. Alan J. Harris, an expert in the field of psychology, is appointed to conduct an examination of the defendant in order to determine his present mental competency, which shall include his ability to understand the nature and consequences of the proceedings against him and his ability to assist properly in his defense. In making this determination, Dr. Harris shall specifically include in his report the following items:

    (1)    the person's history and present symptoms;

    (2)    a description of the psychiatric, psychological, and medical tests that were employed and their results;

    (3)    the examiner's findings;

  (4) the examiner's opinions as to diagnosis and prognosis; and

  (5) whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

With regard to item (5), Dr. Harris shall answer the following additional questions:

- Does the defendant have present sufficient ability to consult with his counsel with a reasonable degree of rational understanding?; and

- Does the defendant have a rational, as well as a factual understanding of the proceedings against him?

  2. Dr. Harris will visit the defendant, CHARLES FRANKLIN HUDSON, JR., who is now confined in the Baker County Detention Facility, located at 1 Sheriff's Office Drive, MacClenny, Florida 32063, on Friday March 6, 2015 at 8:00 a.m. to conduct the examination.

  3. Upon completion of this examination, Dr. Harris shall prepare a written report which includes the answers to the above questions and furnish it to the Honorable Harvey E. Schlesinger, Senior United States District Judge, 300 North Hogan Street, Suite 11-150, Jacksonville, Florida, 32202, with copies to D. Rodney Brown, Assistant United States Attorney, 300 North Hogan Street, Suite 700, Jacksonville, Florida, 32202-4270, and to Roland Falcon, Esq., 233 East Bay Street, Suite 1010 Jacksonville, Florida 32203.   The United States Attorney's

Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida, 32202-4270, shall be billed directly for all services rendered in accordance with this Order.

    4.    ORDERED that a copy of this Order be personally served on the defendant, CHARLES FRANKLIN HUDSON, JR., by the United States Marshal or his duly authorized representative.

    5.    A competency hearing shall be held before the Honorable Harvey E. Schlesinger, Senior United States District Judge, on **April 1, 2015 at 10:00 a.m.** in Courtroom Number 10C.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of February, 2015.

                                        HARVEY E. SCHLESINGER
                                        United States District Judge

Copies to:
Charles Franklin Hudson, Jr., Defendant
Ronald Falcon, Esq.
D. Rodney Brown, AUSA

3